IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,                    )
                                       )
                Plaintiff(s),          )        No. C 08-5293 CRB (PR)
                                       )
        vs.                            )        ORDER
                                       )
MIKE EVANS, WARDEN, et al.,            )        (Docket # 49)
                                       )
                Defendant(s).          )
_____         )

        Per order filed on February 26, 2010, the court granted in part and denied
in part defendants' motion to dismiss for failure to properly exhaust available
administrative remedies under 42 U.S.C. § 1997e(a).  The court dismissed
plaintiff's improper point scheme claim and made clear that this action will
proceed with plaintiff's deprivation of outdoor exercise claim only.

        Plaintiff has since filed a request for leave to file a motion for
reconsideration and several other miscellaneous motions and requests.  Plaintiff's
request for leave to file a motion for reconsideration (docket # 49) is DENIED for
lack of merit.  See Civil L.R. 7-9(b).  But the court requests that defendants file a
response to plaintiff's other miscellaneous motions and requests (see docket # 46,
47 & 50) within 30 days of this order.

SO ORDERED.

DATED:  April 14, 2010

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Martinez, R1.or3.wpd