# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ, | ) |
| Plaintiff(s), | ) No. C 08-5293 CRB (PR) |
| vs. | ) ORDER |
| MIKE EVANS, WARDEN, et al., | ) |
| Defendant(s). | ) |

Plaintiff has filed a motion for leave to amend and file a second amended complaint. The court requests that defendants file a response to the motion by no later than August 20, 2010.

SO ORDERED.

DATED:  Aug. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Martinez, R1.or7.wpd