United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RONALD F. MARTINEZ,

Plaintiff,

v.

M. EVANS, WARDEN, et al.,

Defendants.

_______________________________________/

No. 3:08-CV-5293 CRB (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RONALD F. MARTINEZ, inmate no. T-86494, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: June 8, 2012

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Anthony Hedgpeth, Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of RONALD F. MARTINEZ, inmate no. T-86494, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on July 11, 2012, at 9:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Martinez v. Evans, et al, and at the

**United States District Court**
For the Northern District of California

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 8, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk



Dated: June 8, 2012




NANDOR J...
Unite...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RONALD F. MARTINEZ,
Plaintiff,
v.
M. EVANS, WARDEN, et al.,
Defendants.
_______________________________________/

No. 3:08-CV-5293 CRB (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 8, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ronald F. Martinez
#T-86494
Salinas Valley State Prison
B1-115
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_______________________________
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas



United States District Court
For the Northern District of California