**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                   EUREKA DIVISION
8
9   RONALD F. MARTINEZ,                    No. 3:08-CV-5293 CRB (NJV)
10              Plaintiff,                 ORDER AND WRIT OF HABEAS
          v.                               CORPUS AD TESTIFICANDUM
11
    M. EVANS, WARDEN, et al.,
12
               Defendants.
13  _____/
14
    It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
15
    person of RONALD F. MARTINEZ, inmate no. T-86494, presently in custody at Salinas Valley State
16
    Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and
17
    thereafter as may be required
18
19
    Dated: June 8, 2012                    _____
20                                         NANDOR J. VADAS
                                           United States Magistrate Judge
21
22
23              THE PRESIDENT OF THE UNITED STATES OF AMERICA
24  TO:    Anthony Hedgpeth, Warden, Salinas Valley State Prison
                              <u>GREETINGS</u>
25
    WE COMMAND that you have and produce the body of  RONALD F. MARTINEZ, inmate no. T-
26
    86494, in your custody in the hereinabove-mentioned institution, before the United States District Court
27
    at  Solano State Prison on July 11, 2012, at 9:00 a.m. in order that said prisoner may then and there
28
    participate in the SETTLEMENT CONFERENCE in the matter of  Martinez v. Evans, et al, and at the

1  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

2  such order of the above-entitled Court as shall thereafter be made concerning the custody of said

3  prisoner, and further  to produce said prisoner at all times necessary until the termination of the

4  proceedings for which his testimony is required in this Court;

5          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6  for the Northern District of California.

7

8  Dated: June 8, 2012

9                                                    RICHARD WIEKING
                                                     CLERK, UNITED STATES DISTRICT COURT

10

11                                                   By: Linn Van Meter
                                                         Administrative Law Clerk

12

13

14

15  Dated:  June 8, 2012                            NANDOR J.
                                                     Date

16

17

18

19

20

21

22

23

24

25

26

27

28





**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RONALD F. MARTINEZ,

       Plaintiff,

   v.

M. EVANS, WARDEN, et al.,

       Defendants.

_____/

No. 3:08-CV-5293 CRB (NJV)

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on June 8, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ronald F. Martinez
#T-86494
Salinas Valley State Prison
B1-115
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter

_____

Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas