1 | KAMALA D. HARRIS
Attorney General of California
2 | DAMON G. MCCLAIN
Supervising Deputy Attorney General
3 | ERIN SULLIVAN
Deputy Attorney General
4 | State Bar No. 242757
   455 Golden Gate Avenue, Suite 11000
5 |    San Francisco, CA 94102-7004
   Telephone: (415) 703-5716
6 |    Fax: (415) 703-5843
   E-mail: Erin.Sullivan@doj.ca.gov
7 | *Attorneys for Defendants Grannis, Solis, Neotti,
Martines, Ponder, Celaya, and Moore*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RONALD F. MARTINEZ, | Case No. C 08-5293 CRB |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii); and [PROPOSED] ORDER** |
| v. | |
| M. EVANS, et al., | |
| Defendants. | |

     **NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Ronald Martinez, after appearing before Magistrate Judge Nandor J. Vadas, and with the consent of the California Department of Corrections and Rehabilitation, requests the Court's

///
///
///
///
///
///

1

1  Order dismissing the above-captioned action with prejudice against all Defendants.

3  Dated: 7/11/12

4  Ronald Martinez
   Plaintiff

6  Dated: 7/11/12

7  Erin B. Sullivan
   Attorneys for Defendants Grannis, Solis,
8  Neotti, Martines, Ponder, Celaya, and Moore

**IT IS SO ORDERED:**

11  Dated: July 13, 2012

12  THE HONORABLE CHARLES R. BREYER
    United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

14  SF2009201863
    20623691.doc

2

Voluntary Dismissal

*R. Martinez v. Evans, et al.*
Case No. C 08-5293 CRB

# CERTIFICATE OF SERVICE

Case Name:    <u>R. Martinez v. Evans, et al.</u>    No.    <u>C 08-5293 CRB</u>

I hereby certify that on <u>July 11, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii); and [Proposed] Order**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>July 11, 2012</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Ronald F. Martinez
T-86494
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 11, 2012</u>, at San Francisco, California.

| Emily Tongol | /s/ *Emily Tongol* |
|---|---|
| Declarant | Signature |

20624999.doc