UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RONALD F. MARTINEZ, | 3:08-CV-05293 CRB NJV |
| Plaintiff, | |
| | ORDER SETTING STATUS |
| v. | CONFERENCE |
| M. EVANS, WARDEN, *et al*., | |
| Defendants. | |
| _____/ | |

The undersigned held a settlement conference in this case on July 11, 2012, at Solano State Prison. The case settled. (Doc. 160.)

On August 27, 2012, Plaintiff filed a motion for enforcement of the settlement agreement. (Doc. 161.) Accordingly, a telephonic status conference is HEREBY SET in this matter for September 11, 2012, at 2:00 p.m. The parties shall dial 888-684-8852, enter access code 1868782 and finally enter security code 7416. Defense counsel shall arrange for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: August 29, 2012

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RONALD F. MARTINEZ, | 3:08-CV-5293 CRB NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| M. EVANS, WARDEN, *et al.*, *et al.*, | |
| Defendants. | |

I, the undersigned, hereby certify that on August 29, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ronald F. Martinez
#T-86494
Salinas Valley State Prison
B1-115
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2